1360-14

FILE COPY

CCA # 13-13-00144-CR

STYLE: CHARLES DEVON WASSERMAN v. THE STATE OF TEXAS

OFFENSE: Aggravated Sexual Assault

COUNTY: De Witt

TRIAL COURT: 24th District Court
TRIAL COURT #: 12-10-11,721
TRIAL COURT JUDGE: Hon. Juergen Skipper Koetter

DISPOSITION: AFFIRMED

DATE: _____

JUSTICE: _____ PC ___ S ____

PUBLISH: _____        DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: AUGUST 14, 2014
JUDGE: LONGORIA

CLK RECORD: _____X_____
RPT RECORD: _____X_____
STATE BR: _____X_____
APP BR: _____X_____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # 1360-14

___PRO SE___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
___REFUSED___
DATE: 03/04/2015
JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____        PC: _____
PUBLISH: _____        DNP: _____

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____